March 3, 1971.

APPEAL No. 1154. CAROL CARROCCIO *v.* ONOFRIO CARROCCIO. Clerk of Family Court ordered to certify to Supreme Court all papers in Divorce Action No. 70-55 entitled "Carol Carroccio v. Onofrio Carroccio", particularly petition of January 7, 1970 and decree entered on February 3, 1970, papers to be returned to Family Court upon further order of Supreme Court. *Gelfuso and Cappalli, A. William Gelfuso,* for plaintiff-appellee. *Onofrio Carroccio,* defendant-appellant, pro se.

March 4, 1971.

Ex. &c. No. 959. STATE *v.* NORMAND B. BEAUVAIS. This is the state's appeal from the grant by the Superior Court of the defendant's motion to dismiss a criminal complaint charging the defendant with operating a motor vehicle at an unreasonable rate of speed. The defendant concedes that the state's exception to the grant of his motion should be sustained because of our holding in *State* v. *Reis,* 107 R. I. 188, 265 A.2d 651.

The state's exception is sustained; the Superior Court's dismissal of the complaint is reversed and the case is remitted to the Superior Court for further proceedings.

*Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *Edward J. Mulligan,* Special Asst. Attorney General, for plaintiff. *Edward F. Choiniere,* for defendant.

March 9, 1972.

M. P. No. 1281. COLONIAL HILTON INNS OF NEW ENGLAND, INC. *v.* JOHN L. REGO *et al.* Motion of petitioner for leave to file petition for writ of certiorari is granted without prejudice to right of respondents to raise jurisdictional issue presented at the hearing on the merits, writ to issue forthwith. *William E. Parmenter, Jr.,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, for respondent.